**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

MICHAEL J. JOHNSON                                                                    PETITIONER

vs.                                                                Civil Action No. 3:05-cv-432 HTW-JCS

CHRISTOPHER EPPS and
JIM HOOD                                                                                RESPONDENTS

**FINAL JUDGMENT**

This matter having come on pursuant to the Report and Recommendation of the United States Magistrate Judge, and this court, having adopted the same, hereby orders that the petition for writ of habeas corpus is dismissed with prejudice. The above-styled and numbered cause is fully and finally dismissed.

**SO ORDERED, THIS THE 30th day of April, 2007.**

                                                                **s/ HENRY T. WINGATE**

                                                                **CHIEF UNITED STATES DISTRICT JUDGE**